**Dismiss; Opinion Filed January 14, 2020.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01138-CV

### TISHA HENDERSON, Appellant
### V.
### HOMEVESTORS OF AMERICA, INC., Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06958**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Osborne

The clerk's record in this case is past due. By letter dated November 21, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days.[1] We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation nor otherwise corresponded with the Court regarding the status of this appeal.

---

[1] Although our records contain a statement of inability to pay costs that was filed in this Court, they do not contain a statement of inability to pay costs filed in the trial court or any other indication appellant complied with rule 145 of the rules of civil procedure in order to obtain a free record on appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


                                       /Leslie Osborne/
                                       LESLIE OSBORNE
                                       JUSTICE


191138F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TISHA HENDERSON, Appellant

No. 05-19-01138-CV          V.

HOMEVESTORS OF AMERICA, INC., Appellee

On Appeal from the 95th District Court, Dallas County, Texas
Trial Court Cause No. DC-19-06958.
Opinion delivered by Justice Osborne.
Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 14th day of January, 2020.